**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6231**

PHILLIP W. FIELDS,

       Plaintiff - Appellant,

    v.

DAVID ROBINSON, Chief Corrections Operations; HAROLD W. CLARKE, Director of the Department of Corrections; GREGORY HOLLOWAY, Regional Administrator; TRACY RAY, Warden; RICK WHITE,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:15-cv-00455-HEH)

Submitted:  June 20, 2017                  Decided:  July 18, 2017

Before TRAXLER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phillip W. Fields, Appellant Pro Se.  Nancy Hull Davidson, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip W. Fields appeals the district court's order granting summary judgment to Defendants and denying his cross-motion for summary judgment in his civil action under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. §§ 2000cc to 2000cc-5 (2012). Applying a de novo standard of review, *Lawson v. Union Cty. Clerk of Court*, 828 F.3d 239, 247 (4th Cir. 2016); *Henson v. Liggett Grp., Inc.*, 61 F.3d 270, 274 (4th Cir. 1995), we have reviewed the record and find no reversible error in the district court's judgment. Accordingly, we affirm for the reasons stated by the district court. *Fields v. Robinson*, No. 3:15-cv-00455-HEH (E.D. Va. Jan. 19, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*